SEPTEMBER 13, 2012

No. 12–55. FISHER, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO DECEDENT FISHER, ET AL. *v.* HALLIBURTON ET AL. C. A. 5th Cir. Certiorari dismissed as to petitioners James Blackwood and Joann Blackwood under this Court's Rule 46.2.

SEPTEMBER 19, 2012

No. 12A234. LEAGUE OF UNITED LATIN AMERICAN CITIZENS *v.* PERRY, GOVERNOR OF TEXAS, ET AL. D. C. W. D. Tex. Application for stay, presented to JUSTICE SCALIA, and by him referred to the Court, denied.

No. 12A260. LIBERTARIAN PARTY OF MICHIGAN ET AL. *v.* JOHNSON, SECRETARY OF STATE OF MICHIGAN, ET AL. C. A. 6th Cir. Application for stay and injunction, presented to JUSTICE KAGAN, and by her referred to the Court, denied.

SEPTEMBER 20, 2012

No. 11–10337. WILLIAMS ET AL. *v.* HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari dismissed under this Court's Rule 46.

No. 12–5009 (12A5). HARRIS *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.